

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00892-CR

The **STATE** of Texas,
Appellant

v.

Bonifacio Hernandez **AVILA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13945CR
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting Bonifacio Hernandez Avila habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 24, 2024.

Luz Elena D. Chapa, Justice